NOTE.

*St. Paul, Minneapolis & Manitoba Railway Company* vs. *City of Minneapolis.*

February 16, 1891.

Action brought in the district court for Hennepin county, to enjoin the opening of certain streets across plaintiff's yard. Defence, that the streets were platted and dedicated in July, 1857. Replication, adverse possession by plaintiff for more than 30 years. Trial before *Hicks*, J., who ordered judgment for defendant. The plaintiff appeals from an order refusing a new trial.

*Benton & Roberts*, for appellant.

*Robert D. Russell*, for respondent.

GILFILLAN, C. J. This case is controlled by the decision in *City of St Paul* v. *Chicago, Mil. & St. Paul Ry. Co.*, *supra*, p. 387, upon the application of the statutes of limitations to actions brought by municipal corporations.

Order reversed.